# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELINE PERRY HAWTHORNE, § | | |
| (SPN #01216840) § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION H-07-2319 | |
| § | | |
| HARRIS COUNTY, *et al.*, § | | |
| § | | |
| Defendants. § | | |

## MEMORANDUM ON DISMISSAL

The plaintiff, a former inmate of the Harris County Jail, filed this civil rights action *in forma pauperis*. On July 25, 2007, the court's notice of deficient pleading was returned to the court by the postal service with the notation that the plaintiff had been released from the custody of the Harris County Sheriff's Department. (Docket Entry No. 5).

Under Local Rule 83.4, a *pro se* litigant is responsible for keeping the Clerk advised in writing of his current address. The court will send notices only to the address on file. The plaintiff has failed to provide the court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate.

*See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. Moore, *Federal Practice* § 41.51(3)(b) & (e) (3d ed. 2002). Upon a proper showing, relief from this order may be granted in accordance with FED. R. CIV. P. 60(b). *See Link*, 370 U.S. at 635.

This action is DISMISSED without prejudice for want of prosecution.

SIGNED at Houston, Texas, on ____July 27____, 2007.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE